IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

PHILIP D. STACEY, :
:
    Plaintiff(s), :
: Case Number: 1:08cv747
vs. :
: Chief Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on February 18, 2010 a Report and Recommendation (Doc. 10). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 11), defendant filed a response to the objections (Doc. 12) and plaintiff filed a reply to response to objections (Doc. 13).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the decision of the ALJ is **AFFIRMED** and this case is **DISMISSED** from the docket.

IT IS SO ORDERED.

    ___s/Susan J. Dlott_____
    Chief Judge Susan J. Dlott
    United States District Court