IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Phillip Stacey,

    Plaintiff(s),

vs.

Commissioner of Social Security,

    Defendant(s).

Case Number: 1:08cv747

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on September 5, 2017 (Doc. 29), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired September 19, 2017, hereby ADOPTS said Report and Recommendation.

Accordingly, plaintiff's counsel's motion for §406(b)(1)(A) fees (Doc. 25) is GRANTED. Plaintiff's counsel is AWARDED the requested $20,000.00 in fees.

IT IS SO ORDERED.

Judge Susan J. Dlott
United States District Court